UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-20257-JLK

SUSAN SOLMAN,

    Plaintiff,
v.

BAPTIST HEALTH SOUTH FLORIDA, INC.;
BAPTIST HEALTH MEDICAL GROUP, INC.;
and DOES 1-10,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO AMEND COMPLAINT**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend Complaint (DE 10) (the "Motion"), filed on March 1, 2024.

Plaintiff argues that she wants to amend her Complaint to include "compensatory damages under an expectation-interest theory for the costs associated with her medical treatment" in light of conversations with opposing counsel regarding *Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S. Ct. 1562 (2022). Mot. at 2. The Motion indicates Defendant has no objection. *See id.* The Defendant has not yet filed its Answer or responsive pleading and the Court has not yet entered a Scheduling Order.

Accordingly, upon due consideration, it is **ORDERED**, **ADJUDGED**, and **DECREED:** that Plaintiff's Unopposed Motion to Amend Complaint **(DE 10)** be, and the same is, hereby **GRANTED**. Plaintiff shall **REFILE** her Exhibit Amended Complaint as her First Amended Complaint on the docket.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of March, 2024.

                                                                              JAMES LAWRENCE KING
                                                                              UNITED STATES DISTRICT JUDGE

**cc:**    **All counsel of record**