UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-20257-JEM

SUSAN SOLMAN,

    Plaintiff,

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.;
BAPTIST HEALTH MEDICAL GROUP, INC.;
and DOES 1-10,

    Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

**To the Honorable Court**:

Plaintiff respectfully submits this Response to the Court's Order to Show Cause (ECF No. 109.)

The Order to Show Cause relates to Defendant's Bill of Costs. Defendants filed the Bill of Costs on May 16, 2025. At the time Defendants filed the Bill of Costs, the parties were already undertaking efforts to determine if the case could reach a resolution that would obviate the need for the Court to rule on costs and/or fees. When the parties' settlement discussions continued, they agreed to file a stipulation extending case deadlines to allow additional time for the settlement discussions. (ECF No. 107.)

While the Joint Motion to extend deadlines was intended to apply to all remaining case deadlines, including for Plaintiff to file any objection to the Bill of Costs, it inadvertently did not explicitly state that, but rather referred to all remaining case deadlines. It was the parties' intent to

put all issues relating to costs and fees on hold for 30 days to determine whether resolution could be reached, and Plaintiff apologizes to this Court for not stating that explicitly in the Joint Motion.

Upon receiving the Order to Show Cause, Plaintiff prepared an Amended Joint Motion which clarified the events for which the extension was requested. (ECF 110.)

The requested extension for all matters related to fees and costs, including Plaintiff's deadline to object to the Bill of Costs, will allow Plaintiff time to digest the terms of the resolution and provide feedback, with the hope that it ultimately resolves all remaining issues pending before the Court without requiring any further Court time or intervention. For these reasons, Plaintiff respectfully request the Court grant the 30-day extension, including for Plaintiff to file any necessary objection to the Bill of Costs.

Dated: June 16, 2025

          Respectfully Submitted,

          */s/ John B. Rosenquest IV*
John B. Rosenquest IV
Fla. Bar No. 48431
Email: jbr@khllaw.com
**KHL LAW**
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700

Benjamin J. Sweet
Email: ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 742-0631
*Admitted Pro Hac Vice*

        Jonathan D. Miller
        Email: jonathan@nshmlaw.com
        **NYE, STIRLING, HALE, MILLER & SWEET LLP**
        33 W. Mission Street, Suite 201
        Santa Barbara, CA 93101
        Telephone: (805) 963-2345
        *Admitted Pro Hac Vice*

        *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties and counsel indicated on the Service List that follows. I further certify that a true and correct copy of the foregoing has been furnished to all counsel of record.

        /s/ John B. Rosenquest IV
        John B. Rosenquest IV

**Service List**:

Scott S. Allen
scott.allen@jacksonlewis.com
Ryan B. Weiss
ryan.weiss@jacksonlewis.com
**JACKSON LEWIS P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, Florida  33131
Phone: (305) 577-7600

*Counsel for Defendants*